**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH COLELLA, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ATKINS NUTRITIONALS, INC.,<br><br>Defendant | **CASE NO.:** 17-cv-5867-KAM-SJB<br><br>**Jury Demand** |

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

Comes now counsel Jay Barnes and hereby notifies the Court of his change of address and firm affiliation. Jay Barnes, Esq. admitted pro hac vice, has the following new contact information:

> Jay Barnes
> Simmons Hanly Conroy
> 231 S. Bemiston Ave., #525
> St. Louis, MO 63105
> Tel: 573.418.0719
> Fax: 573.635.6291
> jaybarnes@simmonsfirm.com
> Lead Counsel for Plaintiff

Dated: January 2, 2019                         Respectfully submitted,

                                               */s/ Jay Barnes*
                                               Jay Barnes
                                               Simmons Hanly Conroy
                                               231 S. Bemiston Ave., #525
                                               St. Louis, MO 63105
                                               Tel: 573.418.0719
                                               Fax: 573.635.6291
                                               jaybarnes@simmonsfirm.com
                                               Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January 2019, the foregoing document was electronically filed on the Court's CM/ECF system, which effectuated service on the following counsel for Defendant:

Gregory T. Wolf
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
gregory.wolf@dentons.com
carly.duvall@dentons.com

Sandra D. Hauser
1221 Avenue of Americas
New York, New York 10020
Sandra.hauser@dentons.com

Michael J. Duvall
601 South Figueroa Street
Suite 2500
Los Angeles, California 90017-5704
michael.duvall@dentons.com

Grant J. Ankrom
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102-2741
Grant.ankrom@dentons.com

/s/ Jay Barnes
Counsel for Plaintiff and the Proposed Class