UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH COLELLA, JOSEPH TIMMERMAN,
KELLY STYLES LONGO, and SANDRA
STYLES-HORVATH, on behalf of themselves
and other similarly situated persons,

                                               JUDGMENT

                Plaintiffs,               17-cv-05867-KAM-SJB

   v.

ATKINS NUTRITIONALS, INC.,
                Defendant.
-----------------------------------------------------------------X

      An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 3, 2020, granting the Joint Stipulation of Dismissal with prejudice; and dismissing all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs, except as expressly provided by the settlement; it is

      ORDERED and ADJUDGED that the Joint Stipulation of Dismissal with prejudice is granted; and that all claims asserted in this action are hereby DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs, except as expressly provided by the settlement.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       August 4, 2020                                                Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk